1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM D. HARMON,

11              Plaintiff,                    No. CIV S-06-1770 DFL GGH P

12        vs.

13   BILL LOCKYER, et al.,

14              Defendants.                   ORDER

15   _____/

16              On August 10, 2006, the court ordered plaintiff to show cause within thirty days

17   why this action should not be construed as a petition for writ of habeas corpus.  Thirty days

18   passed and plaintiff did not respond to this order.  Accordingly, for the reasons stated in the

19   August 10, 2006, order, this action is construed as a petition for writ of habeas corpus.  Plaintiff

20   is directed to file a habeas corpus petition within twenty days.

21              Accordingly, IT IS HEREBY ORDERED that:

22              1. This action is construed as a petition for writ of habeas corpus; within twenty

23   days of the date of this order, plaintiff shall file a habeas corpus petition;

24   /////

25   /////

26   /////

1

1          2. The Clerk of the Court is directed to send plaintiff the form for a habeas corpus

2    petition pursuant to 28 U.S.C. § 2254.

3    DATED:  3/28/07                     /s/ Gregory G. Hollows

4                                          UNITED STATES MAGISTRATE JUDGE

5    harm1770.ord

2