IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM D. HARMON,

    Petitioner,                    No. CIV S-06-1770 DFL GGH P

    vs.

BILL LOCKYER, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner has requested a sixty extension of time to file a petition for writ of habeas corpus pursuant to the court's order of March 28, 2007. The court will grant petitioner a thirty day extension of time. Any further requests for extensions of time must be supported by good cause. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 18, 2007 motion for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a petition for writ of habeas corpus.

DATED: 4/27/07

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
harm1770.111